63 A.3d 1241

BOROUGH OF DOWNINGTOWN and Council
of the Borough of Downingtown

v.

FRIENDS OF KARDON PARK, Ann M. Feldman, Marion Ung-
rich, Evelyn Hopkins, Progressive Housing Ventures, LLC., J.
Loew & Associates, Inc., Kim Manufacturing Co., Stewart Hall,
L.P. and Commonwealth of Pennsylvania, Attorney General.

Petition of Friends of Kardon Park, Ann M. Feldman,
Marion Ungrich, and Evelyn Hopkins.

Supreme Court of Pennsylvania.

March 21, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of March, 2013, the Application
for Post–Submission Communication is hereby **GRANTED**.
The Petition for Allowance of Appeal is **DENIED**.